FILED

2011 APR 29 PM 1:21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: CR 10-1236 R |
|---|---|
| v. FERRIS, MARLON DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: **4/28/2011 @ 5:00** ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building) Yes ☒  No ☐
3. Charges under which defendant has been booked:
   **21 USC 846, 18 USC 1956**
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)
7. Year of Birth: **1980**
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☒ No
    ☐ Yes  Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services? ☐ No
    ☐ If yes, please list Officer's Name: **DUTY OFFICER**  Time: _____ AM / PM
14. Remarks (if any): _____

15. Date: **4/29/2011**    16. Name: **L. BOYD** (Please Print)
17. Agency: **USMS**      18. Signature: [signature]
19. Office Phone Number: **951 276-6049**

CR-64 (06/09)  REPORT COMMENCING CRIMINAL ACTION