UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.    **CR-10-1236-R**                                    Date: JUNE 20, 2011

===============================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Sandra Becerra | Rob Villeza |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================

| U.S.A. vs (Dft listed below) | Attorney for Defendant |
|---|---|
| 1)    MARLON PARRIS<br>       X present    X custody | 1)    David Phillips<br>       X present    X appointed |

_____

PROCEEDINGS:    CHANGE OF PLEA

Court and counsel confer re: the change of plea.

Defendant moves to change plea to count 1 of the Indictment.

Defendant is sworn.  The Court questions the defendant regarding the offered plea of Guilty.

Defendant now enters a new and different plea of Guilty to count 1 of the Indictment.

The Court finds a factual and legal basis for the pleas; waivers of constitutional rights are freely, voluntarily and intelligently made.  The plea is accepted and entered.

THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO NOVEMBER 7, 2011 AT 1:30 P.M. FOR SENTENCING.

<u>15 min</u>

MINUTES FORM 6                                              Initials of Deputy Clerk ___WH___
CRIM -- GEN