ORIGINAL

JAMON R. HICKS, ESQ. (SBN 232747)
**THE COCHRAN FIRM – LOS ANGELES**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone (323) 931-6200
Facsimile (323) 931-9521

Attorneys for Defendant
**DARRIN EBRON**

FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

UNITED STATES OF AMERICA,

　　　　*Plaintiff,*

vs.

RICKY JAMES BRASCOM, et al.

　　　　*Defendants.*

) Case No.: 10-1236-R
)
)
)
) **DEFENDANT'S POSITION**
) **REGARDING SENTENCING**
) **FACTORS**
)
) **Sentencing Date:  October 31, 2011**
)
) **Time:  1:30 p.m.**
)
) **(UNDER SEAL)**
)
)
)
)
)

　　　Defendant **Darrin Ebron**, by and through his attorney of record, Jamon R.

Hicks of the **Cochran Firm - Los Angeles**, submits his position regarding

sentencing factors.

JAMON R. HICKS, ESQ. (SBN 232747)
**THE COCHRAN FIRM – LOS ANGELES**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone (323) 931-6200
Facsimile (323) 931-9521

Attorneys for Defendant
**DARRIN EBRON**

FILED
CLERK, U.S. DISTRICT COURT
OCT 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.: 10-1236-R** |
| *Plaintiff,* | |
| vs. | **DEFENDANT'S POSITION REGARDING SENTENCING FACTORS** |
| RICKY JAMES BRASCOM, et al. | **Sentencing Date: October 31, 2011** |
| *Defendants.* | **Time: 1:30 p.m.** |
| | **(UNDER SEAL)** |

Defendant **Darrin Ebron**, by and through his attorney of record, Jamon R.

Hicks of the **Cochran Firm - Los Angeles**, submits his position regarding

sentencing factors.

The Defendant's sentencing memorandum is based upon the attached Memorandum of Points and Authorities, all filed and records in this case, and any further evidence as may be adduced during sentencing.

Dated: October 13, 2011

Respectfully Submitted,

**Cochran Firm - Los Angeles**

By: _____

Jamon R. Hicks

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    Introduction and the Plea

Defendants Ricky James Brascom, Charles Dwight Ransom, Jr., **Darrin Ebron**, Heriberto Lopez, Leonardo Concepcion, Jerome Mondale Brascom, Marlon Parris, Steven Velazquez, Alberto Cruzado are charged in a seven (7) count indictment.   On July 1, 2011 Darrin Ebron entered a plea of guilty to Count I of the Indictment.  Count I charges a violation of 21 U.S.C Section 846: Conspiracy to distribute at least five kilograms of cocaine in violation of 21 U.S.C. Sections 841(a)(1),(b)(1)(A)(ii), thereby triggering a mandatory minimum ten-year sentence.

## II.    Presentence Report

The Presentence Report ("PSR") was disclosed on September 6, 2011.  In the PSR, the U.S. Probation Officer ("USPO") calculates a total offense level of 31, and a criminal history category of I.  Specifically, the USPO found a base offense level of 34, for at least 5 kilograms of cocaine (U.S.S.G Section 2D1.1). Based on this, Mr. Ebron's guideline range is 108 to 135 months, however, a 10-year (120 months) mandatory minimum penalty applies.

Based on the plea agreement, the parties reserved the right to argue for a sentence outside of the guidelines range based on factors set forth in 18 U.S.C. Section 3553(a).

---

DEFENDANT'S POSITION REGARDING SENTENCING FACTORS

On October 4, 2011, Mr. Ebron filed his objections to the PSR arguing for considerations for safety valve, downward departure and cooperation.  On October 5, 2011, the Government filed its sentencing position making the following recommendations:

> **As provided in the plea agreement, the government recommends a sentence at the low end of the guideline range – 87 months.  The government believes that an 87 – month sentence is fair, reasonable and appropriate.** (Gov. Memo 6:16-20)

Mr. Ebron maintains his position as to his original objections filed on October 4, 2011.  Based on his legal arguments, the total offense level (*inclusive of the safety valve discussed below*) is 29 with a criminal history category of I, resulting in a guideline range of 87 to 108 months.  Based on the reasons set forth below, Mr. Ebron respectfully submits that a sentence of 70 months is sufficient but not greater than necessary to account for the factors set forth in 18 U.S.C. Section 3553(a).

///

///

///

///

///

///

DEFENDANT'S POSITION REGARDING SENTENCING FACTORS

### A.    Mr. Ebron's History and Characteristics and the Nature and Circumstances of the Offense

The following factors should be considered for a sentence outside of the guidelines range based on factors set forth in 18 U.S.C. Section 3553(a) especially given the Court's ability to consider "the widest possible breadth of information about a defendant." [1]

### 1.    Family History

Mr. Ebron is the sole financial provider for his mother who currently is extremely sick.  He is responsible for coordinating with his mom's care-giver. "Ebron indicated that because his brother is comfortable with a modest living and Ebron is more motivated in pursuing additional opportunities, Ebron had more financial resources to pay for his mother's medical expenses." (PSR Para. 85) "Prior to Ebron's incarceration, Ebron paid for his mother's medical bills and paid for someone to be their mother's care-giver."  (PSR Para. 86) [2]  His mother's

---

[1] Attached to this Memorandum as "Exhibit B" are approximately 16 character letters describing Mr. Ebron's personal and professional impact on his community.

[2] Proof of his mother's health condition in a letter from his mother's primary physician was submitted to the USPO after the completion of the interview per her request.

medical history consists of a stroke, knee replacement, arthritis, high blood pressure, and heart condition as well as other age related ailments.

In addition, Mr. Ebron has four children whom he provides both financial and emotional support. His oldest child, Darrin Ebron Jr. has followed in his father's educational footsteps and is already enrolled at the University of Delaware. All four children play a vital role in Mr. Ebron's life.

## 2.    Educational History

Unlike most criminal defendants, Mr. Ebron has an extensive and successful educational background. He has completed 16 years of education including post-secondary as he is a graduate from Frostburg University where he double majored in graphic design and fine arts. Mr. Ebron recognizes the importance of education, evidenced by the fact that he continues to give back to his alma mater. "During the recent years, through his interactions with his college alumni network, Ebron learned that only about one-third of minority students graduate from college. He decided to sponsor a weekend culture diversity program at his alma mater, which has a 3% minority student population, and to fund scholarships for a few students who were from the Baltimore area and who were dedicated to music and art as their careers." (PSR Para. 93)

---

While enrolled at Frostburg University, Mr. Ebron became a member of Kappa Alpha Psi Fraternity, Incorporated.  He has continued his active involvement with the Fraternity by continuing to give of his time and money.  In fact, over the years, Mr. Ebron has volunteered over 10,000 hours of his time specifically to his fraternity's community service endeavors.[3]

### 3.   Employment History

Since graduating from College, Mr. Ebron has maintained gainful employment in a variety of Entertainment ventures and industries.  "He has worked as a DJ since college, and continued to work as a DJ, music producer, and clothing designer until right before his arrest."  (PSR Para. 102) "During the last five years, Ebron owned and operated Good Life American Clothing, LLC.  Ebron designed luxury T-shirts, scarves, and clothing with Impressionist-style original artwork.  He had decided to shift his career focus to clothing design, had his designs manufactured in factories in Downtown Los Angeles and overseas, and sold the products in about 30 boutiques nationwide, including Fred Segal." (PSR Para. 103)

---

[3] Proof of his community service and volunteer hours was submitted to the USPO after the completion of the interview per her request. Also attached herein as Exhibit "C."

1   "From 2000 to 2006, Ebron worked as an Executive Vice President of Artist

2   and Repertoire (A&R) and Promotions at Edmonds Record Group." (PSR Para.

3   108) "From 2006 to 2008, Ebron worked as an A&R consultant for

4   J Records/BMG." (PSR Para. 107) "From 2008 to the time of his arrest, Ebron has

5

6   worked as an A&R / Development Consultant for Baby Face (Island/Def Jam Joint

7   Ventures). His duties include scouting talent for potential recording contract

8   signings; selecting writers, musicians, producers, and engineers for album signing;

9   managing budgets; overseeing artist styling and visual image, and managing day-

10

11   to-day recording and production process of albums." (PSR Para. 106)[4]

12   **B.    Mr. Ebron Has Taken Responsibility for His Poor Choices**

13   From the moment that Mr. Ebron learned there was a warrant for his arrest,

14

15   he has voluntarily cooperated with authorities. On November 2, 2010, a Criminal

16   Complaint was filed in this district, and a no-bail warrant was issued as to Mr.

17   Ebron. It is important to note that under these circumstances, Mr. Ebron self-

18   surrendered to the United States Marshal's Service in Newark, New Jersey, Docket

19

20   No. 10-mj-08320, on the warrant. The magistrate court ordered Mr. Ebron

21

22   ─────────────────

23   [4] Please note that written proof of his educational and employment

23   achievements were previously filed with the Court in a one inch-binding

24   document during his bail hearing. Due to the size and volume of that

25   document, Mr. Ebron will not re-submit those documents.

DEFENDANT'S POSITION REGARDING SENTENCING FACTORS

released on his recognizance that day.  On November 23, 2010, during a bail hearing, Mr. Ebron was released on a secured $500,000 appearance bond with deeding of two properties and Pretrial Services Agency supervision.

On December 6, 2010, Mr. Ebron again self-surrendered in this district, and the Court temporarily granted the Government's application for bail review and ordered Mr. Ebron temporarily detained.  On February 7, 2011, the Court ordered Mr. Ebron detained without bail.  At all times, Mr. Ebron faced the circumstances of his poor choices without seeking to evade arrest.

On July 1, 2011, Mr. Ebron again took responsibility for his poor choices and entered a plea of guilty to Count I of the Indictment, foregoing his Constitutional Right to a trial.  [Count I charges a violation of 21 U.S.C Section 846: Conspiracy to distribute at least five kilograms of cocaine in violation of 21 U.S.C. Sections 841(a)(1),(b)(1)(A)(ii)].

He took one step forward in acknowledging his wrongdoing on June 30, 2011, when he met with US Attorney Rob Villeza and Federal Officials to proffer his role in the charged offense as well as providing information regarding unrelated

drug activities.   This included providing valuable information regarding the

potential whereabouts of two fugitive Defendants.[5]

Despite all of Mr. Ebron's attempts at cooperation, the Government seems to

argue that such information was insufficient:

> **According to the case agent, DEA SA Jeffrey S. LaRock, the DEA has not yet been able to verify the drug trafficking activity of these individuals or develop new investigation leads from the information provided.  Although the Government does not believe the information constitutes "substantial assistance" as used in U.S.S.G. Section 5K1.1 to warrant a sentence reduction at this time, the Government will consider filing a motion for a sentence reduction Pursuant to Fed. R. Cr. P. Rule 359b) if the information becomes useful in a subsequent investigation or prosecution.**
>
> (Gov. Memo 6:4-10)

In fact, Mr. Ebron provided valuable information putting both him and his

family at risk.  It is because of these safety concerns, he was unwilling to testify

against anyone in open court, but short of testifying, Mr. Ebron provided the

following in an effort to assist and cooperate with the Government:

(1)  Potential whereabouts of Defendant Lopez by describing different areas

where Defendant Lopez resides including Fort Washington, Maryland;

Chatsworth, California; and Mexico;

---

[5] In fact, Mr. Villeza described information pertaining to the fugitive Defendants as "golden nuggets."

DEFENDANT'S POSITION REGARDING SENTENCING FACTORS

(2)  Potential whereabouts of Defendant CJ by describing that his mother resides in Atlanta, Georgia;

(3)   Provided different names and sources of drug distributors in Baltimore;

(4)  Provided different names and sources of drug distributors in New York;

(5)  Provided different names and sources of drug distributors in California;

(6)  Provided information concerning other drug cases involving large scale sales of crystal methamphetamine, marijuana and cocaine.

Certainly, the breadth of the information provided to the Government constitutes "substantial assistance" as described in U.S.S.G. Section 5K1.1 and therefore warrants a sentence reduction below the Government's recommendation of 87 months.

If given credit for his "cooperation," Mr. Ebron would be at offense level 27 with a criminal history category of I, resulting in a guideline range of 70 to 87 months.  Given the scope of the information provided, the Defense believes that the low-end of the guideline range - 70 month sentence is fair, reasonable and appropriate.

///

///

///

///

### C.    Mr. Ebron is Eligible for Safety Valve Under the Federal Guidelines

Mr. Ebron meets the criteria set forth in U.S.S.G. Section 5C1.2(a)(1)-(5). As the PSR indicates, Mr. Ebron has limited recent criminal history, did not use any violence or credible threats of violence, did not possess a firearm, and the offense did not result in death or serious bodily injury.  Additionally, Mr. Ebron was not an organizer, leader, manager or supervisor; rather he possessed a limited role.  Mr. Ebron did not recruit any of the Defendants, nor did he manage or supervise them.

In tandem with the safety-valve requirements, Mr. Ebron was a minor participant in the criminal activity.  Of the seven count (7) indictment, Mr. Ebron was only named in Counts 1 and 7.  (PSR Para. #1).

Even the Government agrees that Mr. Ebron is safety valve eligible:

> **Based on the findings in the PSR, Defendant satisfies the second, third, and fourth requirements.  Moreover, because the probation officer has concluded that his criminal history results in only one criminal history point, defendant satisfies the first requirement of the safety valve.**  (Gov. Memo 4:14-19)

> **Defendant admitted that he engaged in a series of phone conversations with R. Brascom to confirm the delivery of 40 kilograms of cocaine and $900,000 that he and co-conspirator Sheppard still owed to co-defendant Lopez for previous cocaine deliveries.**    (Gov. Memo 5:3-7)

**III.    Conclusion**

Mr. Ebron explained his regret for his poor decisions best in his letter to the Court filed herein as Exhibit "A."  He states:

> **I was on my way to a successful business when one bad decision changed much of that – and it has set me back years personally and professionally.  I have lost sponsorship deals with major corporations; paused sales from retailers; frozen all opportunities with my music clients; but most importantly, rattled my children and created a scenario where I may never see my mother alive again.  Stupid is not a big enough word.**
>
> (Ex. A)

For the foregoing reasons, Mr. Ebron respectfully requests that the Court impose a sentence of no greater than 70 months imprisonment.

Dated: October 13, 2011                    Respectfully Submitted,

                                           **Cochran Firm - Los Angeles**

                                           By:

                                           Jamon R. Hicks

Exhibit A

July 25, 2011

The Honorable Judge Manuel Real
District Judge, Western Division
Spring Street Courthouse
312 N. Spring Street, Room 217/8 2nd Floor
Los Angeles, CA 90023

Dear Judge Real:

Though I have written many letters in my life, this by far, is the most important. I know you receive many letters and hope you will take a moment to read this.

I was raised in Baltimore by an amazing, single mother who is devoted to education. She received her Masters degree, is retired from over 50 years in the school system, and is active in her neighborhood church. Because she always worked two jobs, she instilled in myself, and my brother, a serious work ethic. She has had health issues since her 30's, but now, at 79 needs 24-hour care – which is a responsibility I have taken on financially. I have wonderful kids of my own. My oldest just completed his first year of college with a 3.0 average. My daughters, who are younger, are both very bright and love school.

I was raised in a community where drugs were sold in broad daylight and in the streets. Drug dealers were accepted and respected almost like any other small business owner. Dealers lived all around us. At an early age I avoided that and studied art and music, two areas at which I excelled. I worked hard. I went to college, earning a dual degree in graphic design and fine arts. I went on to design artwork for record labels in New York after graduation. Soon I learned all aspects of the business and became a music executive at a number of established record companies under Universal Music Group, which is what ultimately brought me to Los Angeles. As a kid, I never dreamed I would work with the likes of Whitney Houston and Stevie Wonder.

After I left the labels, I started a clothing line, which received praise in People magazine and Vanity Fair at its launch. I was on my way to a successful business when one bad decision changed much of that – and it has set me back years personally and professionally. I have lost sponsorship deals with major corporations, paused sales from retailers, frozen all opportunities with my music clients, rattled my children and most importantly created a scenario where I may never see my mother alive again. Stupid is not a big enough word.

I was approached by Mr. Ransom/Mr. Brascom to help create music for a singer they were working with. Mid way through the making of the album, they ran out of money and asked me if I knew anyone in the Baltimore area that they could sell drugs to. They offered to pay me a significant fee to just make introductions. Honestly I was naïve. All I knew was that extra money would help with my needs with for my mother and I justified that if I wasn't hands-on, I really wasn't involved. I was wrong. I never saw the drugs, didn't want to, I only was concerned about receiving a commission for connecting the dots. After the transaction, I woke up. This is not how I live. I have always been successful and made good money doing music and fashion. What seemed like a quick fix wasn't.

Now I am stronger. I am confident and absolutely know this will never happen again. I can firmly assure the court that I am 100% suitable for community based correction and I feel that I truly deserve another chance. I also understand that ignorance is no excuse to break the law.

My plan upon release is to go back to the good work I was pursuing. Prior to this happening early in 2009 I gave out 4 scholarships to kids at my former college who had a 3.0 GPA and came from single parent households. It was by far, one of the greatest days of my life. I will use this current setback as an opportunity to turn a negative into a positive. I've never been in trouble my entire life, so hopefully you will take that into consideration as you come to a decision in my case.

Most Sincerely,

Darrin Ebron, Sr.

Exhibit B

Mrs. Bertha Ebron
6CTentmill Lane
Pikesville, MD 21208


July 27, 2011

To the Honorable Judge Manuel Real
U.S. District Court for the Central District of California
312 N. Spring Street
Los Angeles, CA 90012


To the Honorable Judge Real

I provide this reference fully aware of the charges against my son Darrin Ebron and what he has
pleaded to.Darrin was a seven pound baby at birth; he was a big guy with a big heart. Before he
started walking, his brother was coming down some stairs and stumbled and fell down the stairs.
Darrin saw this and he came onto his knees rolled over slightly so he could catch his fall to
soften the impact of his brother's fall. Darrin caught his fall without ever seeing anybody doing
that before. This is a small example that testifies to my son's character and heart that began in his
childhood all the way up to now. It appears he always took joy and pleasure in helping people. In
which translated into him as a son and a brother he always felt like his duty was to take care of
me and his older brother.

On Saturday evenings it was common that he and his brother would shine their shoes for church
the next morning. He also would call my aunt on those Saturdays and say "Doll, what kind of
shoes are you wearing to church?" I would take him over there so he could pick up her shoes and
whomever else shoes he wanted to shine. He would come home to shine them for Sunday and
return them that Saturday night. His aunt would pay him 75 cents for his shining her shoes.
Darrin was always a resourceful child with many talents and would find something to offer to
others. I made sure church and an awareness of God was a part of his upbringing that he may
always be able to retreat or redirect himself to his foundation. During this time of his
confinement I know he is having time to reflect his life to this foundation more now than ever.

My family has always made education of high importance. My mother graduated from college,
so did her two sisters and four brothers in which of course were my aunts and uncles, and I and
my two brothers graduated from college also. I made it a priority to past that down onto my boys
that they receive good grades and get their degree in which they did. I also made it known that
they had no choice but to do well in school. In high school, Darrin always attested that he wanted
to go to college because I made it a constant topic of conversation in everyday life. Nowadays,
it's crucial for the father to be heavily involved in implementing the importance of education
with their children on a daily basis. I would like that my son be able to past that importance of
education to his children while they are young, like our family has always done.

Considering all these examples that I have given to attest to my son's character and his heart being good he is still not beyond error or poor judgment. In knowing this truth that no matter how good a person is they can always make poor decisions; I request of you your honor that you would grant my son mercy in the form of probation and community service that he may have the second chance that he needs. In Darrin having a chance, I can attest that my son's nature being one which will graciously apply the lessons from this experience.

I sincerely thank you for your time in reading this letter and for your consideration of my words. You are more than welcome to contact me either at my home (410) 521-3975 or my cell (202) 213-4869.

Sincerely,

Mrs. Bertha Ebron

*Bertha Ebron*

Lavette Jones
6C Tentmill Lane
Pikesville, MD 21208

July 27, 2011

To the Honorable Judge Manuel Real
U.S. District Court for the Central District of California
312 N. Spring Street
Los Angeles, CA 90012

To the Honorable Judge Real:

I am submitting this letter for your consideration regarding the matter of United States of America vs. Darrin Ebron, and the sentencing pending before the Court on October 17th of 2011. My name is Lavette Jones and I am Darrin Ebron's mother's current, primary care giver and friend of the Ebron family. I have known the Ebron family for a year now and since this matter occurred regarding the confinement of Darrin I have seen the effects it has had on his mother's stability. She has had panic attacks at night and restlessness and moments of anxiety wanting to call her son. To my knowledge, Darrin has been the primary hands-on responsible party in regards to the care, health and decision making for his mother for many years. Her medical history consist of a stroke, knee replacement, arthritis, high blood pressure, and heart condition along with other age related ailments. My concern is that due to her elderly age of 77 and the fragility of her health, that the anxiety and pain from a prison sentence of her son will cause her health to decline rapidly. In my opinion, it would encourage her heart and subside her fear knowing that she won't die while her son is in prison.

I do regret these current unfortunate ordeals that affect the abiding laws, families, and communities. At your mercy of decision I make a request for time served, probation, and community service that he may have a second chance at being a continuing law abiding citizen, involved father and son. Society is built and begins in the family first; in my opinion I believe he would be more valuable to society if he received time served, probation and community service instead of prison time because his much needed influence and involvement with his family. His mother and I speak with Darrin often and he has taken the opportunity in his confinement to improve and expand his definition of being a positive asset to society and how he can be better overall. The time that he has served has humbled him and made him realize more how important family is and being near them to continue closely caring for his mother and being a father to his children. With his evolved priority being family first, his actions will follow, therefore with that newfound mindset he would use your leniency as an opportunity to support his priority in family rather than posing as a threat to society and the courts of law.

I deeply thank you for your time and consideration for the opportunity to write you on his behalf.

If you have any questions or statements you can contact me directly at (248) 636-6343.

Sincerely,

*Lavette Jones*

COMPREHENSIVE
CANCER CENTERS
OF NEVADA

**Executive Director**
James R. Kilber, MBA

**Medical Oncologists**
Heather J. Allen, M.D., FACP
Mary Ann Allison, M.D., FACP
Fadi Braiteh, M.D.
Khoi Dao, M.D.
Regan Holdridge, M.D.
Clark Jean, M.D.
G.H. Kashef, M.D.
Edwin C. Kingsley, M.D.
Paul E. Michael, M.D.
Anthony V. Nguyen, M.D.
Gregory Obara, M.D.
Rupesh J. Parikh, M.D.
H. Keshava Prasad, M.D.
Noel Rowan, M.D., FACP
Hamidreza Sanatinia, M.D.
James D. Sanchez, M.D.
Anu Thummala, M.D.
Brian Vicuna, M.D.
Nicholas J. Vogelzang, M.D.
Ann M. Wierman, M.D., FACP

**Radiation Oncologists**
Andrew M. Cohen, M.D.
Dan L. Curtis, M.D.
Farzaneh Farzin, M.D.
Raul T. Meoz, M.D., FACR
Matthew Schwartz, M.D.
Michael T. Sinopoli, M.D.

**Pediatric Oncologists**
Ronald Kline, M.D.
Nik F. Abdul Rashid, M.D.

**Breast Surgeons**
Souzan El-Eid, M.D., FACS
Lawrence D. Gardner, M.D., FRCS(C), FACS
Josette E. Spotts, M.D., FACS
Margaret A. Terhar, M.D., FACS

**Services**
Medical Oncology
Hematology
Radiation Oncology
Pediatric Oncology
Breast Surgery
Clinical Trials & Research
CyberKnife®

**Affiliations**
UCLA
Translational Oncology Research
International Network
US Oncology
Nevada Cancer Research Foundation

July 25, 2011

**RE: DARRIN EBRON**

Dear Honorable Judge Real:

My name is Karima Jackson, State Business Administrator for Comprehensive
Cancer Centers in Las Vegas, Nevada.  I have been a lifelong friend of Darrin
Ebron. Our families were friends before our births. I consider Darrin and his family
a part of my family.

I understand that Darrin recently plead guilty to Federal criminal charges and will
soon be facing sentencing. I would like to bring another perspective of his character
and heart.

I have never met a more devoted son, father, and friend than Darrin. When you
know Darrin, his character speaks for itself. His faith shines each day as he sets out
to be the best son and father he can be. I have not met many people as intense on
building quality relationships as Darrin. He cares deeply about the welfare of others
and is willing to support them in their needs. He strives to help his friends (and
sometimes strangers) in any way he can. Steeped in a desire to do what is right.
Darrin is a man that I can always count on, no matter the cost to him; he will do
whatever he can to help. His self sacrifice for others continues to amaze me. It is
seldom I have met such a generous, moral person who is integral in so many
different people's lives.

It must be difficult for you to make decisions like this when you don't actually
know the person standing in front of you, so I hope you will look at my letter and
the countless others you're receiving, and understand that Darrin is the kind of
person around whom people rally. That has to say something. Whatever mistakes
of judgment or intent that has resulted in Darrin's transgressions and guilty plea,
whatever losses have been incurred, whatever justification there may be for the
complaints against him, all these do not diminish the great blessing to so many
lives that this unique and compassionate man has provided, nor do they diminish
the great potential that Darrin still has within him. An inappropriately lengthy
sentence creates a vacuum in his family, his church, among friends and in the
broader community which cannot be filled until his return home. Furthermore,
upon Darrin's release, I have taken the liberty of securing him employment with
my company. Your consideration is appreciated among the many who count Darrin
as a dear friend.

Respectfully,

*[signature]*

Karima Jackson
State Business Administrator
400 N. Stephanie Street, Ste. 300
Henderson, NV 89014
Office 702-952-3357
Cell 702-469-2756

COMPREHENSIVE
CANCER CENTERS
OF NEVADA

KARIMA JACKSON
*State Business Administrator*

400 N. Stephanie Street, Suite 300
Henderson, NV 89014

Office: 702.952.3357
Cell:   702.469.2756
Fax:    702.952.3352
Email: karima.jackson@usoncology.com

www.cccnevada.com

www.cccnevada.com

# THE LAW OFFICE OF J. WYNDAL GORDON, P.A.

10 North Calvert Street, Suite 930
Baltimore, Maryland 21202
410.332.4121 o
410.347.3144 f
www.gordonatlaw.com

July 22, 2011

Hon. Manuel Lawrence Real
U.S. District Court
Western Division of California
Spring Street Courthouse
312 North Spring Street,
Los Angeles, CA 90012

RE:     *USA v. Darrin Ebron*

Dear Judge Real:

I am writing on behalf of my good friend Darrin Ebron while at the same time preparing to host an evening event to welcome the 86th Annual National Bar Association Convention to Baltimore next weekend. The reason why I am expressing these two seemingly random events in the same sentence is because had it not been for the current circumstances that have exhausted Darrin emotionally, I would have asked him to be my celebrity DJ. He is the best at playing good music that makes people forget their troubles. I only wish I could do the same for him right now.

I've known Mr. Ebron "Darrin" for over 20 years, and during that entire period of time he has been a forthright and morally grounded individual who loved music, sartorial trends, and smiling people. He remains that way today. Though we met through our fraternity, Kappa Alpha Psi (*that just celebrated its 100 year anniversary this year*), we've remained comrades over that same period of time. I have enjoyed watching his flourishing success on the "west coast" over the years through social media exchanges and friends. From afar he was one to be admired, one more success story from the rugged barrios of Baltimore City to be proud of. I was deeply saddened to hear of the sudden turn of events in his life that culminated with his recent guilty plea.

I am a respected criminal defense attorney in the Great State of Maryland, and I understand how a momentary lapse in judgment can impale a man's career, destroy decades of gainful productivity, and dismantle a family. I also know that negotiated pleas are taken for various

reasons and not always because of guilt.  Though I have no reason to second guess the reason
Darrin has chosen to plead guilty, all I can say in mitigation of whatever offense he has plead,
Darrin is a good man.  A good man with a good heart, and despite his current situation, I remain
proud to call him my friend.

In my State I am President-Elect of the Monumental City Bar Association, a bar association with
a rich legacy that dates back to 1935.  It was founded in part by U.S. Supreme Court Justice,
Hon. Thurgood Marshall.  Despite the titles that we sometimes attain in our profession, I could
not have been anymore desirous to write this letter on behalf of my friend Darrin even after
having read some of his indictment papers, and thereby gaining some intelligible familiarity of
what his case is about.  I say this because I know willful blindness, one bad event or agreement, -
-at least in my mind, does not minimize nor diminish the many great accomplishments of Darrin
that I have personally witnessed.  I remember either just before or around the time we received
word through the news media of his indictment in 2010, he was deejaying a charity event to
benefit Breast Cancer.   This event was well attended by local politicians, judges, lawyers,
businessmen/women and a myriad of other professionals.  Everyone one danced and celebrated
life to Darrin's record spins as if a cure had been found that evening.  And he did it for free.  He
is one of the most altruistic people one could ever come in contact with (perhaps to a fault) and a
great role model.  He is good to his parents; he is a great father, and a dynamic friend with
tremendous drive, ambition and potential.  I hope that you will consider this letter with the many
others before imposing sentence.  If Darrin has to serve time in prison, I further hope that it is the
least amount of time possible giving him the benefit of any discretion available to the Court.

Respectfully,

    /s/
J. Wyndal Gordon

June 15th, 2011

Greetings Judge Reel,

I just wanted to take this time to write about Darrin Ebron, my fiancé. First and foremost he is one of my best friends. I have known Darrin for about 5 years now. I must say I am bewildered as to what has happened, and I am not quite sure about all the details of his case, however I do know the details of his character.

To begin with, I know Darrin was recording for these guys, as I had visited him at the studio several times. Darrin took interest in really trying to help them achieve their music vision. Sometimes guys from the streets get into the entertainment business and need guidance and help; Darrin is a master at that. (I have been around the entertainment world my entire life; my father was the Co-Founder of the Stuntmen's Association and Steve McQueen's stuntman for Steve's entire career.)

On the business side of Darrin he is very successful: he is a collage graduate with a double degree. He is very ambitious, hard working, attentive, caring, and supportive of all that are in his realm. He is accomplished in music and fashion, and I know his presence is missed in the industry.

On the family side of Darrin, he is an amazing son to his mother who he is very close to and whom he just loves and adores. He has been there for her through all her medical needs; and I know it's been really tough on him, knowing what she's been going through. Also, it's pretty amazing that he has such a great relationship with his previous kids' mother, who is also accomplished and is a college graduate with her master's degree. He has two daughters and one son with her and I know he is so proud that his son is going to college now. We have a 2-year -old son together, and I know he loves all his children so very much. He really is all about his family, as he knows family is so important.

Darrin is always trying to help others through all his passion, experience and talent. Darrin is one who inspires and motivates people in his life. Encouragement is one of the most important things we can give each other; it's a lasting gift, which helps us to be the best we can be, and in being our best we pass it along in a positive way to others. People like him are very hard to come by; he is an amazing human being.

It's difficult to convey my appreciation and love towards Darrin. His friendship, loyalty, and inspiration are the three things that I value most in him.

In conclusion Judge Reel, it is my hope that this letter enlightens you in a positive way with concerns of Darrin Ebron. He truly has a positive impact on his family and the people he touches along the way.

With all due respect,
Erika Janes

**epicuren ® DISCOVERY**

**Epicuren Discovery®**
26081 Merit Circle #115 | Laguna Hills | Ca | 92656
1-800-235-1217 | www.epicuren.com
www.facebook.com/EpicurenDiscoveryFanPage | www.twitter.com/Epicuren

# FUNDAMENTAL™

July 20, 2011

Dearest and Honorable Judge Real:

I am writing this letter of reference in support of Darrin Ebron. I have known Darrin in a personal capacity for thirty years as a good friend and professionally as an employee and confidant when he first created the "Goodlife" entertainment and brand approximately 18 years ago in Baltimore, Maryland.

The many strengths Darrin exhibits are strong leadership, intelligence beyond his years, creativity, tremendous work ethic and a kind heart and soul. His love and compassion for others as well as generous nature could easily have been is demise.

He possesses a personality that allows him to get along with all types of people and relate in a way to better himself and them. He created a company that was able to draw thousands of people to events just to enjoy the music he so loves and shares. These same people would be there today if given the opportunity.

Darrin has developed and maintained positive relationships with the same people he grew up with and have met along the way. The majority of his "real" friends have been in his life at least thirty years and counting. He is both thoughtful, responsible and a giving individual.

I have the pleasure of knowing his two oldest children and can say he has been a wonderful father despite the long distance between them. He has always been a doting father and caring son to an ailing mother. His family is part of his driving force and can always rely on him.

The lack of his presence has been hard on many. His charity work, fashion line, music, friendship and much more have stalled because of his absence. There is so much good that can continue to thrive having him home. Thousands of people believe in him and will support him regardless but having him work and reach out to others is what is best for all.

I write you as a mother, wife, daughter, sister and a friend to Darrin for life. He is one of very few I consider a friend and would stand up for. If I had not written you in support for him and the possibility of making a difference in your decision, I could never forgive myself.

If you should need to contact me for any reason, I can be reached at my office at 410.773.2041 and by phone at 410.830.0086.

Sincerely,

*Lamonica Mountain*

Lamonica Mountain, Litigation Paralegal

Laurin Brown
3001 N. Gold Star Drive
Long Beach, CA 90810

July 23, 2012

The Honorable Judge Manuel Real
District Judge, Western Division
Spring Street Courthouse
312 N. Spring Street, Room 217/8-2nd Floor
Los Angeles, CA 90023

Dear Judge Real:

I have known Darrin Ivan Ebron in a variety of capacities for several years. I was introduced to Darrin at a private Grammy Award's event in which he DJ'd for in Los Angeles. This meeting developed into a great friendship and business relationship whereby I helped secure him for several high profile ESPN events and also invested in his visionary company the Goodlife American Clothing.

Darrin is an intelligent and successful businessman who exemplifies the values of hard work, diligence, compassion, and devotion to his family and community. As a member of Kappa Alpha Psi Fraternity, a distinguished organization based on achievement, Darrin has been afforded the opportunity to utilize his visibility and creative talents in a number of positive and uplifting ways by giving back to the youth and less fortunate. His latest endeavor involved organizing a fundraiser event at his alma mater, Frostburg State University, to help raise scholarship funds and text books for students that have low-income and financial hardships.

I believe Darrin has had time to truly think about his situation, the legal ramifications of his actions, and is remorseful for the impact it has had in his life, the community, and on his friends and family whom deeply love and care about him, such as his three children and elderly mother who is currently ill. Each of whom desperately miss and need their father and son at this time and would greatly benefit from having him back home and actively involved in their lives again.

I hope in writing this letter it will give you a better understanding of Darrin's character and aid you in making your final decision in his sentencing hearing.

Thanks for your time and consideration.

Respectively,

Laurin Brown

July 18, 2011

Honorable Judge Reel

Your Honor,

I provide this reference in full knowledge of Mr. Ebron's guilty plea to federal criminal charges.

Few alumni of Frostburg State University, our alma mater, have done so much for the youth and minority as Mr. Ebron, often for no compensation and at great personal cost.

I have known Mr. Ebron for over fourteen years.   He has proven to be a positive role model for many young men in his fraternity, Kappa Alpha Psi, as well as those interested in pursuing a career in the Entertainment & Media Arts. I must admit these charges strike me as uncharacteristic and ones which I believe he sincerely and completely regrets.

Mr. Ebron is a man of honesty and loyalty.  He is a community-minded individual who regularly puts the needs of others before his own.  Through his continuous philanthropic efforts and community work through Good Life, his clothing line, Mr. Ebron clearly depicts his mission to empower and motivate minority youth.  Due to a life of working in the public interest and the demands for commitment and time, it only demonstrates his will to place other's needs before his own.

In his capacity as founder/CEO of Good Life, Mr. Ebron has worked diligently to use the imagery and depiction of beauty and art to reach lost and misguided youth.  He has often stated his purpose in life to those he mentors is to demonstrate the importance of following one's dreams and passions and seeing them come to fruition.  Mr. Ebron has commented to me personally the importance of seeing youth fulfill their wildest dreams and turning those dreams into a career.

I must admit I was dismayed to hear of Mr. Ebron's transgressions. I feel it is a source of intense regret and embarrassment for Mr. Ebron.  Again this incident strikes me as extremely uncharacteristic.  It is an incident in which he would like to take responsibility and move on from, and I wish him the best in that endeavor so that he may continue with the positive contribution he makes to our society.

If you wish for me to confirm any of the above, please do not hesitate to contact me.

Sincerely,

Marthinique Person
Frostburg State University Alumni

Daniel Crosby
8508 River Park Rd
Bowie, MD 20715
202-409-8083

July 26, 2011

The Honorable Judge Manuel Real
District Judge, Western Division
Spring Street Courthouse
312 N. Spring Street, Room 217/8-2nd Floor
Los Angeles, CA 90023

   Re: Character reference for Darrin Ebron

Dear Judge Real:

I am licensed Real Estate Salesperson in the state of Maryland and Washington D.C. I am writing this
letter to express my desire to provide an accurate depiction of Darrin Ebron's character since I have come
to know him over the last several years.

I am a graduate of the University of Maryland College Park and a licensed Realtor since 2001. I am an
active member in my community and the commissioner of our local boys & girls club baseball program. I
have also been appointed by our regional President as the Undergraduate Advisor for the local chapter of
Kappa Alpha Psi Fraternity, Inc. A membership both Darrin and I share as fraternity brothers. I take my
role as a licensed realtor and chapter advisor very seriously with a strong commitment to our community.

Mr. Ebron has informed me of the charges against him. I have also had an opportunity to review news
reports and press releases regarding this case. I am disappointed that members of my community have
participated in an alleged drug trafficking plot. As a community activist I am shocked that this situation
could occur and their resources used for criminal acts.

I believe in our system. I believe bad people should be punished. I believe sometimes good people make
mistakes. I believe Mr. Ebron has made a mistake. I also believe he was misguided. I believe he is
ultimately a good person who knows right from wrong. I believe if given a chance Mr. Ebron can be
trusted and brings an endearing quality to our community. Although I cannot speak for his actions detailed
in the press release, I can tell you that Mr. Ebron has established himself as a man of compassion and
responsibility in our community. I have faith that he will grow from this experience and continue to be a
productive member of the community. Please exercise all of the compassion you may, as you consider
what sentence will be appropriate.

Respectfully,

Daniel Crosby

Licensed Real Estate Salesperson - MD/DC

July 20, 2011

RE: Darrin Ebron

Dear Honorable Judge Real:

My name is Nahisha Pettit. I'm writing on behalf of Darrin Ebron. Darrin and I have been friends for approximately 12 years. In that time, I have come to know him very well. He is a dedicated friend, loving parent, devoted son, and caring citizen of the community. He is the type of individual that lends to the positive progress and high morale of everyone around him. He's a friend I can depend on. But more importantly, to his children, he's a responsible father who is always there for them, full of love and laughter. As well, he takes care of his elderly mother. Who'd I truly imagine would have no clue how to function from day to day without him.

As cliche as it may sound, we all make mistakes. And if Darrin has admitted some guilt, then it is proof hat no one is perfect. But I have faith in you as an extremely well respected federal judge. And I truly believe you will consider Darrin's strength in character, and your judgement will be fair and empathetic. Thank you for considering these bits of insight into the heart and mind of a kind and remarkable man. And thank you in advance for your careful review.

Sincerely,

Nahisha Pettit

July 28, 2011

Dear Judge Reel,

This letter is to speak on behalf of the character of Darrin Ebron. I have known Darrin for over 20 year-since our high school years. Although Darrin moved away from his childhood home, he would periodically keep in touch by phone or stop by when he'd come back to Baltimore to visit. He has been a great friend who has often been a calming voice during some of my more trying times. In fact, when my mother passed away last year he was very sympathetic. Darrin would call to check on me and lift my spirits.

I also know that Darrin is a family man, and that his mother is his number one lady. She was very proud of him and occasionally in passing on Sundays at church, would let me know how he was doing. An example of this is when Darrin's mother became ill while leaving church one Sunday, I got in touch with him right away. I was able to hand the phone to his mother so that he could speak with her and be assured that she was alright. From across the country, he did everything possible to make sure that she was properly cared for until he could get to Baltimore to see her.

In closing, Darrin is a very caring, focused, hard-working, and gifted man and I hope that sharing my observations concerning him will assist you in making the appropriate decision in his case.

Sincerely,

Norita R. Phillips

Yolanda R. Jones
2122 ¾ 6th Avenue
Los Angeles, CA 90018


July 26, 2011


The Honorable Judge Manuel L. Real
United State District Court
213 N. Spring Street
Court Room 8, 2nd Floor
Los Angeles, CA

Re: Darrin Ebron


Dear Honorable Judge Real,

I am writing you in support of my very dear friend, Mr. Darrin Ebron. It saddens me that he is
facing sentencing due to the charges against him.

However, I know Darrin to be a very kind and generous person. He has helped me through
difficult times. Not speaking in a financial way, but by being someone I can talk to about serious
matters. He has a heart of gold and he has helped many people get through tough times. Darrin
is very intelligent and a reliable friend. I know of times when he has helped a single mom care for
her very young daughter. He protected them from being evicted from their home; he saw to it that
their utility bills were paid and groceries were plentiful. He didn't do it for personal gain. He did
because she simply needed help. The biological father wasn't in a position to do so. Darrin gives
freely to his friends and never expects it back. He always brings a smile to my face. He's like the
brother I wish I had. I am confident that if you will show leniency, he will be a productive citizen to
our state and country.

Please don't send him away with a lengthy sentence. He's forty three years old. Now is the time
where he can turn it around while he's young. Please don't take the hope and faith he has in
being a better man. His mother needs him. I can't imagine the stress she's going through in her
old age. Darrin is her sole support system. It will kill her to lose him. She's well into her golden
years, and as I said, he is her only support system. He's not a hardened criminal. He truly has
redeeming qualities. He is a child of God. He is someone that his children look up to and rely
upon. Please consider the damage it will bring, if Darrin is not around to raise his children. He's
not an absentee father. He cares very much about the welfare and wellbeing of his children. He's
emotionally and financially supportive of his family. I assure you, if Darrin is given a second
chance, he will not make the same mistakes. He doesn't need to. He's not a lost soul. Darrin is
spiritually and intellectually abundant and has the courage to follow the straight and narrow path
and STILL make it. So many times, a person never gets a second chance to truly show their full
potential. I know deep in my heart, that Darrin will not fail you. He will not make decisions that will
find him back in this predicament. He is so resourceful and is truly a winner. To know Darrin is to
love him. He's more than a case number. He is a beautiful man. He is a son, a father and a true
friend. My life has been enriched in knowing him.

I appreciate you taking the time to read my letter. Thank you for your consideration.


Sincerely,
Yolanda R. Jones

To whom it may concern,

My name is Cheryl Monroe I'm a residence of Upper Marlboro, Md. I have known Mr. Ebron for over 25 year. He is a very creative, spirited, sensitive, caring and driven individual. Darrin's passion for life and living life with purpose makes him the complete person he is today. I had the pleasure of working with Darrin a couple of years ago. I was at that time the Vice President of Supplier Diversity and Vendor Development for Macy's East. My job was to source Minority fashion designer talent for Macy's. Darrin created a fabulous line of upscale Tee shirts (Good Life American Clothing). To say the least his brand was one of interest to the buyers of Macy's East. Darrin was always the gentleman and a well prepared businessman. His brand was featured in my annual report on Top Minority Vendors exploring the possibilities of partnership with Macy's Inc.

Beyond the business Darrin was always in my opinion a man who loved and provided for his family. He valued his close friends and kept them close. His sense of humor and open personality made him a hit at any event or gathering. His deep love and passion for music and art are the secret keys to his survival and success.

Darrin is a friend and I wish him peace, love and the freedom to live life to the fullest.

My Best Regards,

Cheryl Monroe

July 31, 2011

To Whom It May Concern:

My name is Elena M. Occhipinti. I am a Los Angeles based entertainment attorney. Over the last seven years, I have represented Mr. Darrrin Ebron in numerous music and television related transactional matters.  Mr. Ebron has had much success as a music producer and DJ.  In my work with Mr. Ebron, I have found him to be a smart, trustworthy, reliable and dependable client. Additionally, I know him to be a loving son and father who spoke of and visited his children and elderly mother often.


Please feel free to contact me directly as 310-699-1867 should you have any questions or concerns regarding the above.

Sincerely,


Elena M. Occhipinti, Esq.
Occhipinti Law Group

To whom it may concern:

My name is Lauren Carroll Soden, I am a business/office manager for Dr.
Gwendolyn F. Dunn in Baltimore MD. I have been friends with Darrin Ebron since
1984 when we attended Woodlawn High School together. I have always known
Mr. Ebron to be a very kind and personable man. He is a very devoted father
and has spoken to me often about his love for his children. Mr. Ebron has been a
talented artist and musician for as long as I known him and has worked tirelessly
to pursue his dreams.

If you should need any further information please feel free to contact me.

Sincerely,
Lauren Carroll Soden

TO WHOM IT MAY CONCERN

I AM A GARMENT MANUFACTURER WHO HAS KNOWN DARRIN ALMOST 5
YEARS.HE IS A GREAT GUY, A MAN OF HIS WORD, IS VERY TALENTED AND IS A LOT
OF FUN TO WORK WITH. HIS WORK ETHIC IS VERY DETAILED AND HE KEEPS HIS
COMMITMENTS. I ALSO KNOW HE HAS A GREAT DEAL OF LOVE FOR HIS MOM AND
KIDS – HE IS ALWAYS TALKING ABOUT THEM. HE TRAVELED QUITE A BIT TO HELP HIS
MOM WHILE SHE WAS ILL.ANYONE I MET THROUGH DARRINHAS HAD A NICE,
PROFESSIONAL DEMEANOR.

BEST REGARDS

CHARLES DE TORRE
310 428 2923
CCDETORRE@GMAIL.COM

Exhibit C



August 12, 2011

The Honorable Judge Manuel Real
District Judge, Western Division
Spring Street Courthouse
312 N. Spring Street, Room 217/8 2nd Floor
Los Angeles, CA 90023


Dear Judge Real:

This letter is to acknowledge the charitable efforts over the past two decades that Mr. Darrin Ebron has contributed to the community through our organization Kappa Alpha Psi Fraternity.

Our organization was founded in 1911 on the campus of Indiana University on the simple principles of maturity and dedication. Mr. Ebron joined the fraternity during his junior year in college, while having a 3.0 GPA. We have always required strict academic performance and moral character as a standard for membership. Today we have over several hundred thousand active members both nationally and internationally.

One of our primary missions is our "Guide Right Program" which is our national platform to provide guidance and mentorship to our youth through a structured community service agenda. Mr. Ebron has always been an advocate of this program and held a number of executive positions over the years as an undergraduate and after graduation. He has donated over 10,000 hours of his time as well as given countless monetary donations to support our efforts in the Eastern Province. Some of his service consists of mentoring in the "Leaders of Tomorrow" program, sponsoring the annual "Top Executives" workshop, volunteering at soup kitchens to feed the homeless, holding an annual "Charm City Winter Coat Drive" for underprivileged families, as well as continuing to come speak to at-risk youth in our inner city communities about the "business of life."

He has donated sponsorship money to the following schools through Kappa Alpha Psi: *Frostburg State University, Maryland Eastern Shore University, Towson State University, Morgan State University, Coppin State, Bowie State* and others.

Hopefully, this will give an indication of the positive efforts he has consistently demonstrated in the last two decades, touching many individuals in the community. Whatever mistakes Darrin has made most recently, hopefully it will not diminish his record of service.

Please call if you have any questions.

Most Sincerely,

Daniel Crosby
Chapter Advisor
Theta Theta (E) of Kappa Alpha Psi Fraternity, Inc.
202-409-8083

Jamon R. Hicks, Esq.
Cal. State Bar No. 232747
COCHRAN FIRM - LA
4929 Wilshire Blvd. Suite 1010
Los Angeles, CA 90010
Telephone: 323.931.6200
Email: jhicks@cochranfirm.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 10-1236-R |
| v. RICKY JAMES BRASCOM, et al., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Defendant's Position Regarding Sentencing Factors

**Document Description:**

☐     Administrative Record

☐     Exhibits

☐     Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑     Other  SEALED DOCUMENTS

**Reason:**

☑     Under Seal

☐     Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐     Electronic versions are not available to filer

☐     Per Court order dated _____

☐     Manual Filing required (*reason*):

| October 13, 2011 | JAMON R. HICKS, ESQ. |
|---|---|
| Date | Attorney Name |
| | DARRIN EBRON |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

## Reiko Roberson

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Thursday, October 13, 2011 2:14 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:10-cr-01236-R USA v. Brascom et al Notice of Manual Filing (G-92)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hicks, Jamon on 10/13/2011 at 2:14 PM PDT and filed
on 10/13/2011
**Case Name:**      USA v. Brascom et al
**Case Number:**      2:10-cr-01236-R
**Filer:**      Dft No. 3 - Darrin Ebron
**Document Number:** 226

**Docket Text:**
**NOTICE of Manual Filing of Sentencing papers filed by Defendant Darrin Ebron
(Hicks, Jamon)**

**2:10-cr-01236-R-3 Notice has been electronically mailed to:**

David A Elden    elden@innocent.com, eldenlawoffice@gmail.com

David Matthew Philips    davidmphilips@sbcglobal.net

Jamon R Hicks    jhicks@cochranfirm.com, kdevezin@cochranfirm.com,
rroberson@cochranfirm.com

Joseph F Walsh    attyjoewalsh@aol.com

Rob B Villeza    USACAC.Criminal@usdoj.gov, rob.villeza@usdoj.gov

Sara Azari    sara@azarilaw.com, saraneyd@aol.com

Stephanie Ames    stephanieames@msn.com

Timothy E Nilan    timnilan@verizon.net, pkaihara@verizon.net

10/13/2011

Victor Sherman    ssvictor@aol.com

**2:10-cr-01236-R-3 Notice has been delivered by First Class U. S. Mail or by other means to: :**

Gerson S Horn
Gerson S Horn Law Offices
11661 San Vicente Boulevard, Suite 903
Los Angeles, CA 90049

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Notice of Manual Filing Re Sentencing Paper 11.13.11.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/13/2011] [FileNumber=12439636-0] [50b97438d4efc7c88d41bddf034ba620b48c7b94e70bd091fe9228fadefe1d129f de39095c30229b1b4b6c028d212b9024d88ded49d49b601f9b92fd3315618f]]

10/13/2011

June 15th, 2011

Greetings Judge Real,

I just wanted to take this time to write about Darrin Ebron, my fiancé. First and foremost he is one of my best friends. I have known Darrin for about 5 years now. I must say I am bewildered as to what has happened, and I am not quite sure about all the details of his case, however I do know the details of his character.

To begin with, I know Darrin was recording for these guys, as I had visited him at the studio several times. Darrin took interest in really trying to help them achieve their music vision. Sometimes guys from the streets get into the entertainment business and need guidance and help; Darrin is a master at that. (I have been around the entertainment world my entire life; my father was the Co-Founder of the Stuntmen's Association and Steve McQueen's stuntman for Steve's entire career.)

On the business side of Darrin he is very successful: he is a collage graduate with a double degree. He is very ambitious, hard working, attentive, caring, and supportive of all that are in his realm. He is accomplished in music and fashion, and I know his presence is missed in the industry.

On the family side of Darrin, he is an amazing son to his mother who he is very close to and whom he just loves and adores. He has been there for her through all her medical needs; and I know it's been really tough on him, knowing what she's been going through. Also, it's pretty amazing that he has such a great relationship with his previous kids' mother, who is also accomplished and is a collage graduate with her master's degree. He has two daughters and one son with her and I know he is so proud that his son is going to collage now. We have a 2-year -old son together, and I know he loves all his children so very much. He really is all about his family, as he knows family is so important.

Darrin is always trying to help others through all his passion, experience and talent. Darrin is one who inspires and motivates people in his life. Encouragement is one of the most important things we can give each other; it's a lasting gift, which helps us to be the best we can be, and in being our best we pass it along in a positive way to others. People like him are very hard to come by; he is an amazing human being.

It's difficult to convey my appreciation and love towards Darrin. His friendship, loyalty, and inspiration are the three things that I value most in him.

In conclusion Judge Reel, it is my hope that this letter enlightens you in a positive way with concerns of Darrin Ebron. He truly has a positive impact on his family and the people he touches along the way.

With all due respect,
Erika Janes

**Epicuren Discovery**
26081 Merit Circle #115 | Laguna H
1-800-235-1217 | www.epic
www.facebook.com/EpicurenDiscoveryFanPage

*Erika Janes*
*Since 1991*
*Worldwide Representative*
*Renowned Esthetician*
*818.981.8182*
*contact@erikajanes.com*