David M. Philips, SBN45761
Attorney at Law
3853 Brockton Avenue
Riverside, CA  92501
(951) 686-3220, Office
(951) 686-1812, Facsimile
Email:  davidmphilips@sbcglobal.net

*Attorney for Marlon Parris*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br><br>             VS.<br>Marlon Parris,<br>             et al.<br>                 Defendants. | CR No. 2:10-cr-01236-MLR-7<br><br>Defendant, Marlon Parris'<br>**Sentencing Memorandum**<br>Including Exhibit I:<br>Defendant's DD214 & Medical<br>Records |

### DEFENDANT'S SENTENCING PROPOSAL

Defendant concurs with the factual findings of Probation and with the recommendation of the Government for a sentence of 87 months in Federal custody.  Defendant further agrees with the observations and arguments of the Government and does not repeat them here.  Attached are military medical records which document a diagnosis of acute post traumatic stress disorder.  In addition to the proposed sentence Defendant requests a

//
//
//

1 | recommendation for placement in a facility best suited to treat
2 | his symptoms for Post Traumatic Stress Disorder.

             Respectfully submitted,

             _____
             DAVID M. PHILIPS
             *Attorney for Defendant,*
             *Marlon Parris*

---