**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No.   **CR-10-1236-R**                                                    Date: **NOVEMBER 7, 2011**

=================================================================================
PRESENT:   **HONORABLE MANUEL L. REAL, JUDGE**

| | | |
|---|---|---|
| **William Horrell** | **Bridget Montero** | **Rob Villeza** |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

=================================================================================
U.S.A. vs (Dft listed below)                                Attorney for Defendant

1)   **MARLON PARRIS**                              1)   **David Phillips**
     X present     X custody                              X present     X appointed

**PROCEEDINGS:**     **SENTENCING**


**Refer to SEPARATE Judgment and Probation/Commitment Order.**



                                                                                12 min

                                                                 Deputy Clerk Initials ____WH____

CR 90 (2/91) CRIMINAL MINUTES - SENTENCING AND JUDGMENT