ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ROB B. VILLEZA (Cal. Bar No. 142820)
Assistant United States Attorney
Deputy Chief, OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6579
     Facsimile: (213) 894-8845
     E-mail:    rob.villeza@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JUL 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY  CC  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 10-1236-R |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM |
| v. | Sentencing Date: July 21, 2014<br>Hearing Time: 1:30 p.m. |
| RICKY JAMES BRASCOM, ET AL., | Location: Courtroom of the Hon. Manuel L. Real |
| Defendants. | (UNDER SEAL) |

Plaintiff United States of America, through its counsel of record, Assistant United States Attorney Rob B. Villeza, hereby files its supplemental sentencing memorandum regarding sentencing factors for Charles Dwight Ransom under seal.

The government's supplemental sentencing memorandum is based on the attached memorandum of points and authorities, the files and

//
//
//
//

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ROB B. VILLEZA (Cal. Bar No. 142820)
Assistant United States Attorney
Deputy Chief, OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6579
    Facsimile: (213) 894-8845
    E-mail:    rob.villeza@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JUL 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 10-1236-R |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM |
| v. | Sentencing Date: July 21, 2014<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom of the Hon. Manuel L. Real |
| RICKY JAMES BRASCOM, ET AL., | |
| Defendants. | |
| | (UNDER SEAL) |

    Plaintiff United States of America, through its counsel of record, Assistant United States Attorney Rob B. Villeza, hereby files its supplemental sentencing memorandum regarding sentencing factors for Charles Dwight Ransom under seal.

    The government's supplemental sentencing memorandum is based on the attached memorandum of points and authorities, the files and

//
//
//
//

1 | records in this case, and any additional argument or evidence it may
2 | present at sentencing.
3 | Dated: July 17, 2014.

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/

ROB B. VILLEZA
Assistant United States Attorney
Deputy Chief, OCDETF Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I**

**Government's Motion for a § 5K1.1 Sentence Reduction**

Pursuant to USSG § 5K1.1, the government moves for a two-level reduction based on "substantial assistance" provided by defendant Charles Dwight Ransom ("defendant") in a DEA investigation targeting a drug ring distributing large amounts of cocaine to distributors on the East Coast.

Specifically, during a debriefing with the government on July 12, 2013, defendant provided information about a drug trafficker in Los Angeles who was involved in the distribution of large amounts of cocaine. Based on the information provided by defendant, DEA agents identified the trafficker as Melvin Cruz, and also located his residence and vehicles.

One of the target vehicles was tracked from Los Angeles to Nebraska, where it was stopped by a state trooper. During a search of the vehicle, eight kilograms of cocaine were found. The driver, Nicole Rhoads, Cruz's girlfriend, was arrested, but later released to protect the investigation.

The investigation stalled after Cruz "dumped" his cell phone. After agents confronted Cruz with the evidence against him, he provided information about other drug traffickers, which was used to support an ongoing California state wiretap. However, the information has not yet resulted in further arrests or seizures.

Given the value of the information provided by defendant, the government believes that defendant has provided substantial assistance as that term is used in USSG § 5K1.1, and recommends an additional reduction of two offense levels -- from 35 to 33 --

resulting in an advisory guideline range of 168 to 210 months.[1] The government believes that a reduction of two offense levels is reasonable and appropriate under the circumstances.[2]

---

[1] After sentencing, the government will consider filing a motion for an additional sentence reduction pursuant to Rule 35(b) if the information provided by Cruz results in further arrests and drug seizures, or if Cruz is successfully prosecuted for arranging the delivery of the eight kilograms of cocaine that were seized in Nebraska.

[2] Defendant declined to answer questions relating to an ongoing DEA investigation in Baltimore, which targets a drug ring linked to defendant, claiming he did not trust the Baltimore DEA agents who interviewed him in connection with his 2004 federal drug conviction.

## CERTIFICATE OF SERVICE

I, **Stella Gonzales**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **July 17, 2014**, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM (UNDER SEAL)**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

**Philip K. Cohen**
**100 Wilshire Blvd.,**
**Ste. 1300**
**Santa Monica, CA 90401**

**Luis Rivas**
**USPO, 6TH Floor**
**312 North Spring Street**
**Los Angeles, CA 90012**

at **their** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **July 17, 2014**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Stella Gonzales*
Stella Gonzales