

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   ROB B. VILLEZA (Cal. Bar No. 142820)
4  Assistant United States Attorney
   Deputy Chief, OCDETF Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6579
7       Facsimile: (213) 894-8845
        E-mail:    rob.villeza@usdoj.gov
8
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,        No. CR 10-1236-R
13
             Plaintiff,             GOVERNMENT'S POSITION REGARDING
14                                  SENTENCING FACTORS
                  v.
15                                  Sentencing Date: July 21, 2014
   RICKY JAMES BRASCOM, ET AL.,     Hearing Time:   1:30 p.m.
16                                  Location:       Courtroom of the
             Defendants.                            Hon. Manuel L. Real
17
                                    (UNDER SEAL)

LODGED

2014 JUL 17 AM 11:29
CLERK U.S. DISTRICT
CENTRAL DIST. OF
LOS ANGELES

ORIGINAL

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   ROB B. VILLEZA (Cal. Bar No. 142820)
4  Assistant United States Attorney
   Deputy Chief, OCDETF Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-6579
7       Facsimile:  (213) 894-8845
        E-mail:     rob.villeza@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

```
                            FILED
                  CLERK, U.S. DISTRICT COURT

                        JUL 1 8 2014

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY                        DEPUTY
```

10                 UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. CR 10-1236-R

13          Plaintiff,                 GOVERNMENT'S POSITION REGARDING
                                       SENTENCING FACTORS
14          v.
                                       Sentencing Date: July 21, 2014
15  RICKY JAMES BRASCOM, ET AL.,       Hearing Time:   1:30 p.m.
                                       Location:       Courtroom of the
16          Defendants.                                Hon. Manuel L. Real

17                                     (UNDER SEAL)

18

19       Plaintiff United States of America, through its counsel of

20  record, Assistant United States Attorney Rob B. Villeza, hereby files

21  its position regarding sentencing factors for Charles Dwight Ransom

22  under seal.

23       The government's sentencing position is based on the attached

24  memorandum of points and authorities, the files and records in this

25  //

26  //

27  //

28  //

1  | case, and any additional argument or evidence it may present at

2  | sentencing.

3  | Dated: July 16, 2014.                    Respectfully submitted,

4  |                                          ANDRÉ BIROTTE JR.
   |                                          United States Attorney
5  |
   |                                          ROBERT E. DUGDALE
6  |                                          Assistant United States Attorney
   |                                          Chief, Criminal Division
7  |

8  |

9  |                                          ROB B. VILLEZA
   |                                          Assistant United States Attorney
   |                                          Deputy Chief, OCDETF Section
10 |
   |                                          Attorneys for Plaintiff
11 |                                          UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

### I

### Government's Position Regarding the Presentence Report (PSR)

Except as noted below, the government concurs with the findings and guideline calculations set forth in the PSR.

### II

### Sentencing Guideline Factors

On September 13, 2013, defendant Charles Dwight Ransom ("defendant") pleaded guilty to conspiracy to distribute cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(ii), as alleged in count one of the indictment. In his plea agreement with the government and during his guilty plea, defendant admitted that he had conspired with co-defendants Ricky James Brascom ("Ricky Brascom"), Jerome Brascom ("Jerome Brascom"), and Heriberto Lopez ("Lopez"), and others, to distribute at least five kilograms of cocaine. Defendant committed the following acts, among others, in furtherance of the conspiracy:

- On 9/27/10 and 9/28/10, agents intercepted telephone calls which revealed that Ricky Brascom and defendant were flying a load of cocaine to Baltimore. 18 kilograms were delivered by Ricky Brascom's supplier to defendant, who got 30 kilograms from his own supplier. During a refueling stop in Salina, Kansas on 9/28/10, officers executed a search warrant and found 48 kilograms in two suitcases disclaimed by defendant and another passenger, who were allowed to leave to protect the investigation. However, during intercepted calls, Ricky Brascom and defendant discussed the seizure, why the police let defendant go, and stressed about paying their suppliers

1

for the seized cocaine.  Defendant admits that he intended to deliver the cocaine to one or more distributors in Baltimore, Maryland, and collect the drug proceeds.

- On 10/30/10 and 11/1/10, agents intercepted telephone calls which revealed that Ricky Brascom obtained 34 kilograms of cocaine from another supplier, which a courier would deliver to defendant.  During a phone call with Ricky Brascom, defendant confirmed that he had received the cocaine from the courier, concealed in luggage.  Defendant then arranged to have the cocaine delivered to Jerome Brascom, Ricky Brascom's brother, who transported the cocaine on a chartered flight to Baltimore on 10/31/10.  After Jerome Brascom collected the drug proceeds and flew back to Los Angeles with a suitcase, officers stopped him and recovered $763,815 in cash and more money on the aircraft.  Defendant admits that he received the cocaine and arranged the delivery of the cocaine to Jerome Brascom as confirmed by the intercepted phone calls.

- On November 2, 2010, agents executed a state search warrant at defendant's residence on Yucca Street, in Los Angeles, California, and found a loaded gun in the night stand next to defendant's bed.  Defendant admits that he possessed the gun, namely, a loaded Glock 32, .357 caliber pistol with the serial number removed, for security and protection in connection with the ongoing conspiracy to distribute cocaine, as alleged in count one of the indictment.

In paragraph 16 of the plea agreement, the parties agreed to the

following applicable Sentencing Guidelines factors:

Guidelines factors:

Base Offense Level   :      36          [U.S.S.G. § 2D1.1]

Possession of
dangerous weapon     :      +2          [U.S.S.G. § 2D1.1(b)(1)]

The stipulated guideline factors result in a total offense level of

35 (38, minus three levels for acceptance of responsibility).

According to the PSR, defendant's criminal history category is III,

which results in an advisory guideline range of 210 to 262 months.[1]

A 10-year mandatory minimum sentence is required.

### III

### Cooperation

The government will address the assistance provided by defendant

in a separate filing under seal.

### IV

### Government's Sentence Recommendation

The government recommends a sentence within the applicable

guideline range.  A guideline range sentence takes into account the

sentencing considerations set out in 18 U.S.C. § 3553(a).  The

proposed sentence also takes into account defendant's criminal

history, including the fact that he committed the instant offense

while under supervised release for his 2004 federal drug trafficking

---

[1] The PSR factors include a four-level increase for aggravated
role and a two-level increase for obstruction of justice, resulting
in a total offense level of 41.  Although paragraph 16 of the plea
agreement allows the parties to argue for additional specific offense
characteristics and adjustments, the government recommends a sentence
within the guideline range determined by the stipulated guideline
factors in the plea agreement.

1  conviction.   A guideline range sentence also provides a just

2  punishment that reflects the seriousness of the drug offense,

3  including the large scope of the conspiracy, the numerous drug loads

4  and drug profits made during the conspiracy, the number of

5  participants involved, and defendant's possession of a loaded handgun

6  at his residence.   It promotes respect for the law and does not

7  create a sentence disparity with defendants in this case who had

8  similar roles in the drug conspiracy to which defendant pleaded

9  guilty.

## CERTIFICATE OF SERVICE

I, **Stella Gonzales**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **July 17, 2014**, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**GOVERNMENT'S POSITION REGARDING SENTENCING FACTOR (UNDER SEAL)**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

Philip K. Cohen
100 Wilshire Blvd.,
Ste. 1300
Santa Monica, CA 90401

Luis Rivas
USPO, 6TH Floor
312 North Spring Street
Los Angeles, CA 90012

at **their** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **July 17, 2014**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

Stella Gonzales
Stella Gonzales